# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| Information associated with Facebook ) | |
| users identified in Attachment A that are ) | Case No. 1:20-mj-256 |
| stored at premises controlled by Facebook ) | |

In the affidavit filed in support of the above-captioned Search Warrant, the affiant requested that this matter remain sealed until October 1, 2020.

Accordingly, the court **ORDERS** that all materials associated with the above-captioned Search Warrant shall remain under seal until October 1, 2020, at which time this matter shall be unsealed without further order of the court.

Dated this 1st day of September, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court